IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARCUS K BALLARD, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00134-TES |
| | * | |
| GEORGIA DEPARTMENT OF CORRECTIONS et al., | * | |
| Defendants. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated August 3, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 4th day of August, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk